# CHARU NARANG, ESQ.

13 September 2022

United States District Court
Western District of New York
2 Niagara Square
Buffalo, NY 14202

  Re: Kunwar v. Ali
    Case No.: 1:22-CV-690
    Motion by Letter Request to Seal Exhibits to Verified Complaint

Your Honor:

I am writing to request that the Exhibits referenced in the Verified Complaint be filed under seal due to the fact that they contain personal information of both parties and their children. Specifically, the Exhibits contain copies of passports, registration certificates, school information, etc.

The Exhibits are lengthy and would require extraordinary effort to ensure that all personal information is redacted. Thank you in advance for your consideration of this Motion by Letter Request.

Very truly yours,

*Charu Narang*

Charu Narang