## **CERTIFICATE OF SERVICE**

     I, Charu Narang, Esq., do hereby certify that on September 27, 2022, I sent the text order and zoom link in Kunwar v. Ali, USDC WDNY Case No.: 22-cv-690 to the following parties via email:

Michael Marszalkowski, Esq. (mmars@serottelaw.com)
Serotte Law

and they accepted service of same via email.

9/29/2022                                      /Charu Narang/
                                                     Charu Narang